```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


ROBIN DANTZLER,                    )
                                   )
              Plaintiff,           )
     v.                            )    No. 4:09CV794-DJS
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner of Social Security,   )
                                   )
              Defendant.           )
```

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on July 8, 2010, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #23] is accepted and adopted.

Dated this  27th  day of July, 2010.

                                          /s/Donald J. Stohr
                                          UNITED STATES DISTRICT JUDGE